HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDRAS FARKAS, Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RUDOLFO AVILA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RUDOLFO AVILA, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:13-CR-00062 AWI-BAM-1 <br><br> STIPULATION TO CONTINUE MOTION HEARING; REQUEST FOR MOTION BRIEFING SCHEDULE; AND ORDER THEREON <br><br> Date:  July 22, 2013 <br> Time:  10:00 a.m. <br> Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL JACKSON MONTOYA, Assistant United States Attorney, Counsel for Plaintiff, and ANDRAS FARKAS, Assistant Federal Defender, Counsel for Defendant RUDOLFO AVILA, that the date for the Motion Hearing in this matter may be continued from July 8, 2013 to **July 22, 2013.**

This continuance is requested by counsel for defendant to allow additional time for receipt and review of additional records.  It is also requested that a new motion briefing schedule may be established to allow for the filing of motions after receipt of the records.  **It  is requested that the motion shall be filed by June 17, 2013, that any response shall be filed by July 8, 2013, and that any replies shall be filed by July 15, 2013.  The motion shall be heard on July 22, 2013, at 10:00 a.m.**

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: June 3, 2013                       By  /s/ Laurel J. Montoya
                                              LAUREL JACKSON MONTOYA
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

                                              HEATHER E. WILLIAMS
                                              Federal Defender

DATED: June 3, 2013                       By  /s/ Andras Farkas
                                              ANDRAS FARKAS
                                              Assistant Federal Defender
                                              Attorneys for Defendant
                                              RUDOLFO AVILA

**ORDER**

IT IS SO ORDERED.

Dated:   June 4, 2013

                                              SENIOR DISTRICT JUDGE