HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDRAS FARKAS, Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RUDOLFO AVILA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:13-CR-00062 AWI-BAM-1 |
| Plaintiff, | **STIPULATION TO CONTINUE MOTION HEARING; REQUEST FOR MOTION BRIEFING SCHEDULE; AND ORDER THEREON** |
| v. | |
| RUDOLFO AVILA, | Date:  July 29, 2013 |
| Defendant. | Time:  10:00 a.m. |
| | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL JACKSON MONTOYA, Assistant United States Attorney, Counsel for Plaintiff, and ANDRAS FARKAS, Assistant Federal Defender, Counsel for Defendant RUDOLFO AVILA, that the date for the Motion Hearing in this matter may be continued from July 22, 2013 to **July 29, 2013.**

This continuance is requested by counsel for defendant to allow for receipt and review of possible additional documents from the government.  It is also requested that a new motion briefing schedule may be established to allow for the filing of motions after receipt of the records.  **It  is requested that the motion shall be filed by July 1, 2013, that any response shall be filed by July 22, 2013 any replies shall be filed by July 25, 2013.  The motion shall be heard on July 29, 2013, at 10:00 a.m.**

/ / /

/ / /

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2  justice, including but not limited to, the need for the period of time set forth herein for further defense

3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

4                                                          BENJAMIN B. WAGNER
                                                          United States Attorney
5

6  DATED: June 17, 2013                    By   /s/ Laurel J. Montoya
                                                LAUREL JACKSON MONTOYA
7                                                Assistant United States Attorney
                                                Attorney for Plaintiff
8

9                                                          HEATHER E. WILLIAMS
                                                          Federal Defender
10

11  DATED: June17, 2013                     By   /s/ Andras Farkas
                                                ANDRAS FARKAS
12                                               Assistant Federal Defender
                                                Attorneys for Defendant
13                                               RUDOLFO AVILA

14

15                                    **ORDER**

16  IT IS SO ORDERED.

17

18  Dated:    June 18, 2013          _____

                                     SENIOR  DISTRICT  JUDGE
19

20

21

22

23

24

25

26

27

28  Avila - Stipulation to Continue
    Motions Hearing; [Proposed] Order          2