HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDRAS FARKAS, Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RUDOLFO AVILA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:13-CR-00062 AWI-BAM-1 |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION TO CONTINUE MOTION HEARING; REQUEST FOR MOTION BRIEFING SCHEDULE; AND ORDER THEREON** |
| v. | ) ) | |
| RUDOLFO AVILA, | ) ) | Date:  August 5, 2013 |
| Defendant. | ) ) ) | Time:  10:00 a.m. Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL JACKSON MONTOYA, Assistant United States Attorney, Counsel for Plaintiff, and ANDRAS FARKAS, Assistant Federal Defender, Counsel for Defendant RUDOLFO AVILA, that the date for the Motion Hearing in this matter may be continued from July 29, 2013 to **August 5, 2013, at 10:00 a.m.**

This continuance is requested by counsel and the government.  The government has had difficulty obtaining information from the officers involved in the search of Mr. Avila's apartment.  A final extension of two weeks will give the government enough time to obtain the necessary information.  It is also requested that a new motion briefing schedule may be established to allow for the filing of motions after receipt of the information.  **It is requested that the motion shall be filed by July 15, 2013, that any response shall be filed by July 29, 2013.  The motion shall be heard on August 5, 2013, at 10:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                                    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 1, 2013                        By  /s/ Laurel J. Montoya
                                                        LAUREL JACKSON MONTOYA
                                                        Assistant United States Attorney
                                                        Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: July 1, 2013                      By  /s/ Andras Farkas
                                                        ANDRAS FARKAS
                                                        Assistant Federal Defender
                                                        Attorneys for Defendant
                                                        RUDOLFO AVILA

**ORDER**

IT IS SO ORDERED.

Dated:   July 1, 2013

                                                      SENIOR  DISTRICT  JUDGE