KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 708-4750
Facsimile: (559) 420-0839
E-mail: kevinglittle@yahoo.com

Attorneys for Defendant Rudolfo Avila

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  CR-F-13-0062 AWI BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER RE: CONTINUANCE OF SENTENCING DATE |
| v. | |
| RUDOLFO AVILA, | |
| Defendant. | |

TO THE HONORABLE COURT:

The parties, through their undersigned counsel, hereby stipulate as follows:

WHEREAS the parties are currently in discussions about whether or not an agreement can be reached for a joint sentencing proposal regarding Mr. Avila's participation in a rehabilitation program at either Teen Challenge or Delancey Street; and

WHEREAS this continuance is in the interest of justice, in order to enable the parties to attempt to resolve these issues.

THE PARTIES HEREBY STIPULATE that the sentencing hearing scheduled for March 23, 2015, be continued to and until April 27, 2015 at 10:00 a.m.

///

///

///

_____
STIPULATION AND PROPOSED ORDER

IT IS SO STIPULATED.

Date:  March 16, 2015                    /s/ Kevin G. Little
                                         Kevin G. Little
                                         Attorney for Defendant
                                         Michael D. Wilson


Date:  March 16, 2015                    /s/ Laurel J. Montoya
                                         Benjamin B. Wagner
                                         United States Attorney
                                         Laurel J. Montoya
                                         Assistant U.S. Attorney
                                         On Behalf of the United States of America


IT IS SO ORDERED.

Dated:  __March 16, 2015__        _____

                                         SENIOR

DISTRICT  JUDGE