KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 708-4750
Facsimile: (559) 420-0839
E-mail: kevinlittle@yahoo.com

Attorneys for Defendant Rudolfo Avila

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>RUDOLFO AVILA,<br><br>           Defendant. | Case No. 1:13-cr-00062-AWI-BAM<br><br>STIPULATION AND ORDER RE: CONTINUANCE OF SENTENCING DATE |

TO THE HONORABLE COURT:

The parties, through their undersigned counsel, hereby stipulate as follows:

WHEREAS the parties remain in discussions about whether or not an agreement can be reached for a joint sentencing proposal regarding Mr. Avila's participation in a rehabilitation program at either Teen Challenge or Delancey Street; and

WHEREAS this continuance is in the interest of justice, in order to enable the parties to attempt to resolve these issues.

THE PARTIES HEREBY STIPULATE that the sentencing hearing scheduled for April 27, 2015, be continued to and until May 26, 2015 at 10:00 a.m.

///

///

///

1    IT IS SO STIPULATED.

2

3  Date: April 14, 2015                    /s/ Kevin G. Little
                                           Kevin G. Little
4                                          Attorney for Defendant
                                           Rudolfo Avila
5

6  Date: April 14, 2015                    /s/ Laurel J. Montoya
                                           Benjamin B. Wagner
7                                          United States Attorney
                                           Laurel J. Montoya
8                                          Assistant U.S. Attorney
                                           On Behalf of the United States of America
9

10

11
IT IS SO ORDERED.

Dated:   April 15, 2015                    _____
                                           SENIOR DISTRICT JUDGE