KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 708-4750
Facsimile: (559) 420-0839
E-mail: kevinglittle@yahoo.com

Attorneys for Defendant Rudolfo Avila




# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>RUDOLFO AVILA,<br><br>            Defendant. | Case No. 1:13-cr-00062-AWI-BAM<br><br>STIPULATION AND ORDER<br>TO CONTINUE SENTENCING<br>HEARING |

TO THE HONORABLE COURT:

The parties, through their undersigned counsel, hereby stipulate as follows:

WHEREAS the parties remain in discussions about whether or not an agreement can be reached for a joint sentencing proposal regarding Mr. Avila's participation in a rehabilitation program at either Teen Challenge or Delancey Street; and

WHEREAS this continuance is in the interest of justice, in order to enable the parties to attempt to resolve these issues.

THE PARTIES HEREBY STIPULATE that the sentencing hearing scheduled for May 26, 2015, be continued one final time to and until June 22, 2015 at 10:00 a.m. No further continuances will be requested or considered.

///

///

IT IS SO STIPULATED.

Date: May 20, 2015

/s/ Kevin G. Little
Kevin G. Little
Attorney for Defendant
Rudolfo Avila

Date: May 20, 2015

/s/ Laurel J. Montoya
Benjamin B. Wagner
United States Attorney
Laurel J. Montoya
Assistant U.S. Attorney
On Behalf of the United States of America

IT IS SO ORDERED.

Date: 5-21-15

Anthony W. Ishii
Unites States District Judge