1

KEVIN G. LITTLE, SBN 149818

2

ATTORNEY AT LAW
Post Office Box 8656

3

Fresno, California 93747
Telephone: (559) 708-4750

4

Facsimile: (559) 420-0839
E-mail: kevinglittle@yahoo.com

5

6

Attorneys for Defendant Rudolfo Avila

7

8

9

10

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| UNITED STATES OF AMERICA, | Case No.  1:13-cr-00062-AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER RE: DEFENDANT'S CONDITIONAL RELEASE FOR PURPOSE OF TRANSPORTATION TO AND ENROLLMENT IN REDWOOD TEEN CHALLENGE |
| v. | |
| RUDOLFO AVILA, | |
| Defendant. | |

12

13

14

15

16

17

18

19

        WHEREAS the defendant needs to be released in Fresno in order to make the necessary

20

logistical arrangements with his attorney, Kevin G. Little; and

21

        WHEREAS the above arrangements are in the interest of justice, so that the defendant

22

may be admitted to Redwood Teen Challenge at least six months prior to his current March 7,

23

2016 sentencing date,

24

        THE PARTIES HEREBY STIPULATE as follows:

25

        (1)     Defendant shall be released from the Kern County Jail, Lerdo Detention Facility,

26

at the earliest practicable time.

27

        (2)     Defendant shall be transported by the Kern County Sheriff to the Robert E. Coyle

28

Federal Courthouse, where he shall be delivered to the United States Marshal's Office.

- 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(3)     Unless formal reading is waived in a writing signed by the Defendant, Defendant shall then appear before an available judicial officer to have the terms and conditions of this Stipulation and Order read to him, so that he will be on specific notice of its terms and conditions.

(4)     Defendant shall be then released from the United States Marshal's Office to his attorney, Kevin G. Little.

(5)     Defendant shall take the next available train/bus to Eureka, California that will enable him to be received by Mr. Livengood, or his designee, but in no event more than 24 hours after his release to Mr. Little.

(6)     If the time of the Defendant's release from the United States Marshal's Office necessitates his staying overnight in Fresno prior to boarding the next available Amtrak train/bus, his whereabouts shall be truthfully and immediately reported to the United States Marshal's Office in accordance with that office's instructions upon his release to Mr. Little.

(7)     Once Defendant boards the next available Amtrak train/bus, Defendant shall proceed directly to Redwood Teen Challenge, so that he arrives there without any delay.

(8)     Defendant shall cause proof of his timely enrollment at Redwood Teen Challenge to be filed within 72 hours of his admission thereto, and said proof shall be written on Redwood Teen Challenge stationary and signed and dated by an actual, verifiable staff member of Redwood Teen Challenge.

(9)     Defendant shall not violate any laws after his release or during his transportation period to Redwood Teen Challenge, and he also shall not consume or ingest any illegal substances or alcoholic beverages during that time period.

(10)     Defendant shall satisfactorily comply with the requirements of his rehabilitation program at Redwood Teen Challenge, so that the Court and/or the United States Attorney's Office may periodically verify said compliance.

(11)     If Defendant is asked to leave Redwood Teen Challenge for any reason prior to his sentencing hearing, he shall promptly notify the Court, so that his case may be placed on calendar and heard in a timely manner.

1

2    (12)    Defendant's intentional failure to comply with any of these provisions shall result

3  in his authorization to attend Redwood Teen Challenge being revoked, an arrest warrant being

   issued, and this matter being placed on calendar in this Court at the earliest possible time.

4
         IT IS SO STIPULATED.
5

6  Date:   September 21, 2015                    /s/ Kevin G. Little
                                                 Kevin G. Little
7                                                Attorney for Defendant
                                                 Rudolfo Avila
8

9
   Date:   September 21, 2015                    /s/ Laurel J. Montoya
10                                               Benjamin B. Wagner
                                                 United States Attorney
11                                               Laurel J. Montoya
                                                 Assistant U.S. Attorney
12                                               On Behalf of the United States of America

13

14 IT IS SO ORDERED.

15    Dated:   **September 21, 2015**              **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28