KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 420-0839
E-mail: kevin@kevinlittle.com

Attorneys for Defendant Rudolfo Avila

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUDOLFO AVILA,<br><br>Defendant. | Case No. CR-F-13-0062 AWI BAM<br>STIPULATION AND ORDER RE:<br>POSTPONEMENT OF SENTENCING<br>HEARING UNTIL THE DEFENDANT<br>GRADUATES FROM HIS TREATMENT<br>PROGRAM |

TO THE HONORABLE COURT:

The parties, through their undersigned counsel, hereby stipulate as follows:

WHEREAS the defendant was allowed to enroll at Redwood Teen Challenge in Eureka, California for the purpose of drug rehabilitation, reeducation, and counseling (Dkt. No. 54); and

WHEREAS the defendant's is currently enrolled at Redwood Teen Challenge and is doing well, as confirmed by documentation provided by the defendant to the United States Attorney and Pretrial Services; and

WHEREAS the defendant's anticipated graduation date is September 24, 2016 (Dkt. No. 59, p. 3); and

WHEREAS it is in the defendant's best interest to remain continuously at Redwood Teen Challenge until his graduation,

_____ ___
STIPULATION AND ORDER

THE PARTIES HEREBY STIPULATE as follows:

(1) The current March 7, 2016 sentencing date may be postponed until October 11, 2016, by which time the parties anticipate the defendant will have graduated from Redwood Teen Challenge.

(2) Defendant, through his counsel of record, shall continue to provide status updates regarding his progress at Redwood Teen Challenge to Pretrial Services and the United States Attorney, or at the request of the Court.

(3) All terms of the Court's September 21, 2015 Order (Dkt. No. 54) shall remain in effect.

IT IS SO STIPULATED.

Date: February 19, 2016 /s/ Kevin G. Little
Kevin G. Little
Attorney for Defendant
Rudolfo Avila

Date: February 19, 2016 /s/ Laurel J. Montoya
Benjamin B. Wagner
United States Attorney
Laurel J. Montoya
Assistant U.S. Attorney
On Behalf of the United States of America

IT IS SO ORDERED.

Dated: February 19, 2016

SENIOR DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER              -2-