PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00062-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING HEARING ON THE PRETRIAL VIOLATION PETITION AND CONDITIONS OF RELEASE |
| v. | |
| RUDOLFO AVILA, | DATE: May 22, 2017 |
| Defendant. | TIME: 10:00 a.m. |
| | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the hearing on the Pretrial Violation petition was set for contested hearing on May 22, 2017.

2. By this stipulation, the government now moves to withdraw the petition, vacate the May 22, 2017 contested hearing, and the government and the defendant stipulate to the conditions of release stated herein:

3. The parties agree and stipulate, and request that the Court order the following:

    a) The defendant shall not violate any federal, state, or local laws;

    b) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 USC § 14135a.

c) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change in residence or telephone number;

d) The defendant must appear in court on **February 5, 2018 at 10:00 a.m.** before the Honorable Judge Dale A. Drozd or as otherwise directed;

e) The defendant must sign an Appearance and Compliance Bond, if ordered;

f) The defendant is to be released **May 1, 2017** directly to a Central Valley Teen Challenge – Reedley staff member or his attorney for transportation directly to the Central Valley Teen Challenge – Reedley inpatient program.

g) The defendant must report on a regular basis to Pretrial Services and comply with their rules and regulations;

h) The defendant must report in person to the Pretrial Services office on the first working day following his release from custody or as directed;

i) The defendant's travel is restricted to the Eastern District of California unless otherwise approved in advance by your PSO;

j) The defendant shall report any contact with law enforcement within 24 hours to his PSO;

k) The defendant must participate in the substance abuse treatment program at Central Valley Teen Challenge – Reedley and comply with all the rules and regulations of the program. You must remain at Central Valley Teen Challenge - Reedley until released by his PSO. A responsible party, approved by Pretrial Services, must escort the defendant to all required court appearances and escort the defendant back to the inpatient program facility upon completion of the hearing;

l) The defendant shall not associate or have any contact with criminal street gang members unless in the presence of counsel or otherwise approved in advance by Pretrial Services;

m) The defendant shall not possess, have in his residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally you must provide written proof of divestment of all firearms/ammunition currently under your control;

STIPULATION AND ORDER 2

n) The defendant must submit to drug or alcohol testing as approves by the PSO. The defendant shall pay all or part of the costs of the testing services based on his ability to pay, as determined by your PSO.

o) The defendant shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and the defendant must notify Pretrial Services of any prescribed medications. However, medicinal marijuana prescribed and/or recommended may not be used;

p) The defendant must upon successful completion of the inpatient program at Central Valley Teen challenge – Reedley reside at an address approved by Pretrial Services and the defendant must not change his address or absent himself from this residence for more than 24 hours without the prior approval of his PSO;

q) Upon successful completion of the Central Valley Teen Challenge – Reedley inpatient program, the defendant must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the PSO; the defendant must pay all or part of the costs of the counselling services based on his ability to pay, as determined by the PSO; and

r) The defendant shall have his release on bond delayed until **May 1, 2017** and the defendant will be released directly to staff of Central Valley Teen Challenge – Reedley or his attorney for direct transport to the Central Valley Teen Challenge – Reedley in patient drug treatment program in Reedley, CA.

4. The defendant understands that it is a separately punishable crime to violate these terms or fail to appear at any scheduled court appearances.

5. Pretrial Services is in agreement with the terms set forth in this Stipulation and Order.

IT IS SO STIPULATED.

Dated: April 28, 2017            PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL J. MONTOYA

STIPULATION AND ORDER     3

|  | LAUREL J. MONTOYA |
|---|---|
|  | Assistant United States Attorney |

Dated: April 28, 2017        /s/ KEVIN G. LITTLE
                             KEVIN G. LITTLE
                             Counsel for Defendant
                             RUDOLFO AVILA

**ORDER**

IT IS SO ORDERED.

Dated:  **April 28, 2017**        *Dale A. Drozd*
                                  UNITED STATES DISTRICT JUDGE